*982 (Reported below: 87 Fed. Appx. 930);
(85 Fed. Appx. 363);
(83 Fed. Appx. 620);
(85 Fed. Appx. 367);
(82 Fed. Appx. 901);
(83 Fed. Appx. 622);
(82 Fed. Appx. 902);
(83 Fed. Appx. 623);
(82 Fed. Appx. 908);
(82 Fed. Appx. 904);
(83 Fed. Appx. 625);
(82 Fed. Appx. 923);
(82 Fed. Appx. 909);
(82 Fed. Appx. 925);
(82 Fed. Appx. 953);
(83 Fed. Appx. 626);
(82 Fed. Appx. 927);
(82 Fed. Appx. 926);
(84 Fed. Appx. 383);
(87 Fed. Appx. 923);
(84 Fed. Appx. 384);
(82 Fed. Appx. 913);
*983 (87 Fed. Appx. 423);
(87 Fed. Appx. 967);
(82 Fed. Appx. 929). C. A. 5th Cir. Certiorari denied.